SWAISGOOD, APPELLEE, *v.* PUDER ET AL.; VERIZON NORTH, INC., APPELLANT.

[Cite as *Swaisgood v. Puder,* 118 Ohio St.3d 445, 2008-Ohio-3177.]

(No. 2007–0442—Submitted May 21, 2008—Decided July 2, 2008.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Turner v. Ohio Bell Tel. Co.,* 118 Ohio St.3d 215, 2008-Ohio-2010, 887 N.E.2d 1158.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur.

O'DONNELL, J., dissents for the reasons stated in his dissenting opinion in *Turner v. Ohio Bell Tel. Co.*

Murray & Murray Co., L.P.A., Charles M. Murray, and William H. Bartle, for appellee.

Thompson Hine, L.L.P., Andrew H. Cox, and William J. Hubbard, for appellant.